JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carmen John Perri Perri | Case No. CV 18-01933-AB (AGRx |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Hodori Korean Restaurant et al | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: June 25, 2018      _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE